No. 90–838. MOLZOF, PERSONAL REPRESENTATIVE OF THE ESTATE OF MOLZOF *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, 499 U. S. 918.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 90–1141. ARDESTANI *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 11th Cir. [Certiorari granted, 499 U. S. 904.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 90–954. RUFO, SHERIFF OF SUFFOLK COUNTY, ET AL. *v.* INMATES OF THE SUFFOLK COUNTY JAIL ET AL. C. A. 1st Cir. [Certiorari granted, 498 U. S. 1081]; and
No. 90–1004. RAPONE, COMMISSIONER OF CORRECTION OF MASSACHUSETTS *v.* INMATES OF THE SUFFOLK COUNTY JAIL ET AL. C. A. 1st Cir. [Certiorari granted *sub nom. Vose* v. *Inmates of the Suffolk County Jail,* 498 U. S. 1081.] Motions of petitioners for divided argument granted.

No. 90–967. WOODDELL *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 71, ET AL. C. A. 6th Cir. [Certiorari granted, 498 U. S. 1082 and 499 U. S. 933.] Motion of Association for Union Democracy et al. for leave to file a brief as *amici curiae* granted.

No. 90–985. BRAY ET AL. *v.* ALEXANDRIA WOMEN'S HEALTH CLINIC ET AL. C. A. 4th Cir. [Certiorari granted, 498 U. S. 1119.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 90–1372. MAIN HURDMAN *v.* FINE ET AL. C. A. 5th Cir. Motion of the parties to defer consideration of petition for writ of certiorari granted.

No. 90–1482. AIR LINE PILOTS ASSN., INTERNATIONAL, AFL–CIO *v.* SHUGRUE, AS CHAPTER 11 TRUSTEE FOR EASTERN AIR LINES, INC. C. A. 2d Cir.; and
No. 90–1487. THREE BOUYS HOUSEBOAT VACATIONS U. S. A., LTD. *v.* MORTS ET AL. C. A. 8th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.